AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FID 12034288

RECEIVED
By USMS District of Columbia District Court at 4:44 pm, Oct 22, 2026

United States of America
v.
JOSEPH MICHA MACIAS,
*Defendant*

Case: 1:26-cr-00094-JEB
Assigned To: Judge Boasberg, James E.
Assign Date: 10/20/2026
Description: SUPERSEDING INDICTMENT (B)
Related Case No: 26-cr-94 (JEB)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSEPH MICHA MACIAS, , who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846
(Conspiracy to Distribute and Possess with the Intent to Distribute Five Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, Fifty Grams or More of Methamphetamine (Actual))

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)
(Unlawful Possession with the Intent to Distribute Fifty Grams or More of Methamphetamine (Actual))

Date: 10/20/2026

*Issuing officer's signature*

City and state: Washington DC

Zia M Faruqui, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10-20-26, and the person was arrested on *(date)* 10-27-26 at *(city and state)* Washington, DC.

Date: 10-28-26

*Arresting officer's signature*

SA Mark Miles
*Printed name and title*